Clerk's Office
United States District Court
Eastern District of New York

---

NOTICE OF
RELATED CASE ASSIGNMENT

---

Civil action __05__ CV __1861__ was assigned to Judge

__Seybert__ and Magistrate Judge __Lindsay__ as related to

__02 CV 5840__,
__05 CV 845__ on __April 15__, 2005

A copy of the complaint is attached

A copy of this Notice will be docketed

cc: Chambers of Assigned Judge and Magistrate Judge
    Case File