## UNITED STATES DISTRICT COURT

ROBERT C. HEINEMANN
CLERK

EASTERN DISTRICT OF NEW YORK

PLEASE REPLY TO:

☐ BROOKLYN OFFICE
U.S. COURTHOUSE
225 CADMAN PLAZA EAST
BROOKLYN, NEW YORK  11201

■ LONG ISLAND OFFICE
100 FEDERAL PLAZA
PO BOX 9014
CENTRAL ISLIP, NEW YORK  11722-9014

April 21, 2005

Michael J. Wang, M.D.
4 Chester St.
South Setauket, NY   11720

In Re: 05-cv-1861 (JS)
Wang  -v- US License Secretariat

Dear Pro Se Litigant:

    This will acknowledge receipt of your Civil Complaint. The case has been docketed under the above number and assigned to the Honorable Joanna Seybert.

    Please be advised of the following:
- documents submitted for filing should be originals and <u>must</u> contain an original signature, name of case and assigned judge and case number;
- an affidavit or affirmation of service must be included with all documents sent in for filing;
- all documents should be sent to the Pro Se Office at the Central Islip courthouse.  DO NOT send any paperwork directly to chambers unless directed to do so by the Judge as mailing your papers to chambers will delay processing;
- it is your duty to keep this office informed of any change of address; failure to do so may result in your case being dismissed for failure to prosecute pursuant to Fed. R. Civ. P. 41(b);
- copies of all items filed in your case will be mailed to you by either the Clerk or opposing counsel.  It is your responsibility to retain those copies, as well as copies of any documents you file, and monitor the progress of your action yourself.

                              Very truly yours,
                              Robert C. Heinemann
                              Clerk of Court


                    By:    /s/  Lorraine Sapienza
                           Pro Se Paralegal

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------ X

        Plaintiff,

  -against-

        Defendant.
------------------------------------------------------ X

Case No. _____

Judge: _____

PLEASE BE ADVISED THAT MY NEW ADDRESS IS:

NUMBER AND STREET:_____

CITY: _____    STATE: _____

ZIP CODE: _____    TELEPHONE NO: _____

IF APPLICABLE:

PRISON: _____    PRISONER ID# _____

EFFECTIVE DATE OF CHANGE: _____

DATED: _____

_____
SIGNATURE

_____
PRINTED NAME

_____
PRESENT ADDRESS

_____