LAW OFFICES
**MORGAN, LEWIS & BOCKIUS LLP**
1701 MARKET STREET
PHILADELPHIA, PA 19103
(215) 963-5000
ATTORNEYS FOR DEFENDANT

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **MICHAEL J. WANG,**<br><br>           Plaintiffs,<br><br>      v.<br><br>**UNITED STATES MEDICAL LICENSE EXAMINATION SECRETARIAT,**<br><br>           Defendant. | C.A. No. 2:05-CV-01861 (JS)(ARL)<br><br>**ELECTRONICALLY FILED** |

### NATIONAL BOARD OF MEDICAL EXAMINERS AND THE FEDERATION OF STATE MEDICAL BOARDS' NOTICE OF MOTION AND MOTION TO DISMISS THE COMPLAINT

PLEASE TAKE NOTICE that pursuant to Rule 12(b)(2),(4) and (5) of the Federal Rules of Civil Procedure, and upon the accompanying Memorandum of Law in support thereof, the National Board of Medical Examiners ("NBME") and the Federation of State Medical Boards ("FSMB"), the cosponsoring entities of the United States Medical Licensing Examination ("USMLE") will appear for the limited purpose of moving this Court before the Honorable Joanna Seybert, United States District Court Judge, on a date and at a time to be designated by the Court, at the United States Courthouse for the Eastern District of New York, 100 Federal Plaza Central Islip, New York 11722, for an Order granting their Motion to Dismiss the Complaint for lack of jurisdiction.

### MOTION

Acting in a *pro se* capacity, Plaintiff Michael J. Wang has filed an action alleging, *inter alia*, unspecified violations of the United States and New York State Constitutions, and

asserting claims under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. 2000(e) et seq., 42 U.S.C. §§ 1981, 1983, 1985, 1986 and New York State Human Rights Law, N.Y. Exec. Law §§ 290 et seq.  NBME and FSMB, the cosponsoring entities of the USMLE, hereby appear for the limited purpose of moving to dismiss the Complaint pursuant to Federal Rules of Civil Procedure 12(b)(2),(4),(5) for lack of jurisdiction.

                          Respectfully submitted,

                          MORGAN, LEWIS & BOCKIUS LLP

                          By:  s/ Michael J. Puma
                          Michael J. Puma (MP-5573)
                          Morgan, Lewis & Bockius LLP
                          1701 Market Street
                          Philadelphia, PA  19103-2921
                          215.963.5000

Of counsel:                    William J. Delany
                          Dino Privitera
                          Silvia Adriana LeBlanc
                          Morgan, Lewis & Bockius LLP
                          1701 Market Street
                          Philadelphia, PA  19103-2921

Dated: May 10, 2005          Attorneys for National Board of Medical Examiners
                          and the Federation of State Medical Boards