## **CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing Motion to Dismiss has been filed electronically and is available for viewing and downloading from the Court's Electronic Case Filing ("ECF") system. In addition, a hard copy of the foregoing Motion to Dismiss was sent to the following via Federal Express on this 10th day of May, 2005:

>Michael J. Wang
>4 Chester Street
>South Setauket, NY 11720

>s/Michael J. Puma
>Michael J. Puma