UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **MICHAEL J. WANG,**<br><br>Plaintiffs,<br><br>v.<br><br>**UNITED STATES MEDICAL LICENSE EXAMINATION SECRETARIAT,**<br><br>Defendant. | C.A. No. 2:05-CV-01861 (JS)(ARL) |

# ORDER

**AND NOW**, this _____ day of _____, upon review of the National Board of Medical Examiners and the Federal of State Medical Boards' Motion to Dismiss, and any response thereto, it is hereby **ORDERED** that the Motion is **GRANTED** and Plaintiff's Complaint is dismissed with prejudice.

_____
Judge Joanna Seybert, U.S.D.J.