UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
Michael J. Wang, M.D.

                      Plaintiff,

      -Against-

United States Medical License
Examination Secretariat,

                    Defendant,
------------------------------------------------------------x

FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E.D N.Y

★ MAY 1 3 2005 ★

LONG ISLAND OFFICE

CV 05-1861
(JS) (ARL)

## PLAINTIFF PROPOSED SPECIAL VERDICT FORM

We, the Jury in the above-entitled action, find the following by a preponderance of the evidence:

Question No. 1:

Did Defendant violate plaintiff's right under the United States Constitution which includes due process, and equal protection right?

    Yes_____        No_____

Question No. 2:

Did defendant violate 42 U.S.C. Section 2000(e) that include racial and/or national origin discrimination, and retaliation for complaint about discrimination?

    Yes_____        No_____

Question No. 3:

Did defendant violate 42 U.S.C. Section 1981 that include racial discrimination?

    Yes_____        No_____

Question No. 4:

Did defendant act under color of State law, deprived plaintiff of a federal statutory and Constitutional right in violation of 42 U.S.C. Section 1983?

    Yes_____        No_____

Question No. 5:

Did defendant and SUNY act in furtherance of the conspiracy in purpose of depriving plaintiff's equal privilege and equal protection right in violation of 42 U.S.C. Section 1985?

Yes_____     No_____

Question No. 6:

Did defendant intentionally inflict injure plaintiff and deprived plaintiff's right and privilege being a citizen of the United States in violation of 42 U.S.C. Section 1986?

Yes_____     No_____

Question No. 7:

Did defendant violate plaintiff's right under New York Constitution that include due process, and equal protection right?

Yes_____     No_____

Question No. 8:

Did defendant violate New York State Executive Law Section 296 that includes race and/or national origin discrimination, and retaliation for complaint about discrimination?

Yes_____     No_____

Question No. 9:

Did defendant intentionally inflict plaintiff emotional distress?

Yes_____     No_____

Question No. 10:

Did defendant intentionally interference with plaintiff's prospective economic advantage by interference with his efforts for new employment?

Yes_____     No_____

Question No. 11:

Did defendant slander and/or libel plaintiff and was motivated by malice?

Yes_____    No_____

Question No. 12:

Solely with respect to those adverse actions upon above. What do you find are the total amount of damages suffered by plaintiff caused by defendants?

## DAMAGES

We, the Jury award the plaintiff compensatory and punitive damaged against defendant as follow:

Pursuant to Fed.R. Civ. P. 26(a)(1)(C). Plaintiff's damages have not yet been specifically calculates, but can be expected to include the following:

**Back Pay Damages** (From date of termination until today)

| | | |
|---|---|---|
| PGY-3 | 2001 | $49,064 |
| PGY-4 | 2002 | $53,000 |
| PGY-5 | 2003 | $57,000 |
| PGY-6 | 2004 | $61,000 |
| PGY-7 | 2005 | $65,000 |

Total $_____

**Front Pay Damages** (From July 2003 until his projected retirement in 2037 at age 70 As a practicing anesthesiologist at an average starting salary of $304,341)

=$304,341 x 34                                      Total  $_____

**Pain, suffering, humiliation, mental anguish, emotional distress, and harm to professional reputation.**

= $500,000 x 4                                      Total  $_____

3

**Other Compensatory Damages**                        Total   $_____

Question No. 13:

Do you find that defendant intentionally inflict plaintiff emotional distress, acted with malice toward Dr. Wang, defamation with a malice, and reckless disregard to his federal and state protected right under the Title VII of the Civil Right Act of 1964 allowing him to recover punitive damages?

[If the answer to question No. 13is "Yes" fill the amount of punitive damages below]

**Punitive Damages** $_____

To be signed by all Juror and dated by the foreperson

_____
Juror, Juror

_____
Foreperson

_____
Date

Dated:   May 11, 2005

cc. Michael J. Puma  Esq.
    Morgan, Lewis & Bockius LLP
    1701 Market Street
    Philadelphia, PA 19103-2921

Respectfully submitted

*Michael J. Wang* (signature)

Michael J. Wang, MD