**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

MICHAEL J. WANG,

                      Plaintiff,

      - against -

UNITED STATES MEDICAL LICENSE
EXAMINATION SECRETARIAT,

                      Defendant.
-------------------------------------------------------------X

**JUDGMENT**

CV-05-1861 (JS)

      A Memorandum of Decision and Order of Honorable Joanna Seybert, United States District Judge, having been filed on February 23, 2006, granting defendant's motion to dismiss and dismissing plaintiff's complaint with prejudice, it is

      **ORDERED AND ADJUDGED** that plaintiff take nothing of defendant; and that plaintiff's complaint is hereby dismissed with prejudice.

Dated: Central Islip, New York
       February 28, 2006

                                        ROBERT C. HEINEMANN
                                        CLERK OF THE COURT

                          BY:    /S/ LORRAINE SAPIENZA
                                        DEPUTY CLERK