FORM 1

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

NOTICE OF APPEAL

★ MAR 06 2006 ★

\*\*\*\*\*\*\*\*\*\*

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
FOR THE
__Eastern__ DISTRICT OF __New York__

Michael Wang
vs
United States License
Examination
Secretarial

NOTICE OF APPEAL

__CV05-1861 (JS)__
Docket No.

Notice is hereby given that __USMLE, Michael Puma Esq__
(party)

hereby appeals to the United States Court of Appeals for the Second Circuit from the decision

(describe it) __Motion of Dismiss the Complain was Granted__

entered in this action on the __27__ day of __Feb__, 20 __06__.

__Michael Wang__
Signature

__Michael Wang__
Printed Name

__4 Chester Street__
Address

__South Setauket, NY 11720__

__(631) 689-0696__
Telephone No. (with area code)

Date:_____

| | | |
|---|---|---|
| A082 SWEDA (Rev. 3/02) | **ORIGINAL**<br>**RECEIPT FOR PAYMENT**<br>**UNITED STATES DISTRICT COURT**<br>for the<br>**EASTERN DISTRICT OF NEW YORK**<br>at _CENTRAL ISLIP_ | **019107** |

| Fund | | |
|---|---|---|
| 6855XX | Deposit Funds | |
| 604700 | Registry Funds | |
| | General and Special Funds | |
| 508800 | Immigration Fees | |
| 085000 | Attorney Admission Fees | |
| 086900 | Filing Fees | |
| 322340 | Sale of Publications | |
| 322350 | Copy Fees | |
| 322360 | Miscellaneous Fees | |
| 143500 | Interest | |
| 322380 | Recoveries of Court Costs | |
| 322386 | Restitution to U.S. Government | |
| 121000 | Conscience Fund | |
| 129900 | Gifts | |
| 504100 | Crime Victims Fund | |
| 613300 | Unclaimed Monies | |
| 510000 | Civil Filing Fee (½) | |
| 510100 | Registry Fee | |

```
                              19107*#
000333P              NOTICE OF APPEL
                        30     5.00
                     086900   15.00
000334P              DOCK FEE ON APP
                        30   250.00
                     086900  750.00
                     TOTAL   765.00
                     CHECK   765.00
                        1256*#
                     CHANGE    0.00
                             6 ITM-CT
03/06/06  REG#01   177394A001 11:56
```

CASE REFERENCE: 05CV1861, 1862 + 845

RECEIVED FROM Michael Wang
4 Chester St
Centereach, NY 11720

DEPUTY CLERK

Checks and drafts are accepted subject to collection and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn.

☆U.S. G.P.O.: 2005-710-622