Law Offices
**Morgan, Lewis & Bockius LLP**
101 Park Avenue
New York, NY 10178
(212) 309-6000
Attorneys for the National Board of Medical Examiners
and the Federation of State Medical Boards

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------X
Michael J. Wang,                                              :
                                                              :    C.A. No. 2:05-CV-01861 (JS)
       Plaintiff,                                    :
                                                              :    **Electronically Filed**
   v.                                                   :
                                                              :
United States Medical Licensing Examination                   :
Secretariat                                                   :
                                                              :
       Defendant.                                    :
-------------------------------------------------------------X

## DECLARATION

      JULIA N. MILLER declares:

1.    I am an associate of the firm Morgan, Lewis & Bockius LLP, which is counsel to the National Board of Medical Examiners ("NBME") and the Federation of State Medical Boards ("FSMB"), the cosponsoring entities of Defendant United States Medical Licensing Examination ("USMLE").

2.    I make this declaration in support of NBME's and FSMB's Response to Plaintiff's "Motion for Re-Open Case and Impose Sanction."

3.    Attached hereto as Exhibit A is a true and correct copy of the "United States Court of Appeals for the Second Circuit Mandate," including the Summary Order filed November 21,

2006, in the case *Wang v. United States Medical License Examination Secretariat*, No. 06-1084-CV, in the Court of Appeals for the Second Circuit.

4.      Attached hereto as Exhibit B is a true and correct copy of the Westlaw publication of the Supreme Court's denial of a petition for writ of certiorari in the case *Wang v. United States Medical License Examination Secretariat, et al.*, No. 06-8832, 127 S. Ct. 1869 (Mar. 19, 2007).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  October 23, 2007                                          s/Julia Nicole Miller

                                                                                                          Julia Nicole Miller (JM-3935)
                                                                                                          Morgan, Lewis & Bockius LLP
                                                                                                          101 Park Avenue
                                                                                                          New York, New York 10178
                                                                                                          Tel. No. (212) 309-6000
                                                                                                          Fax No. (212) 309-6001

                                                                                                          Of Counsel:

                                                                                                          Brian W. Shaffer
                                                                                                          Morgan, Lewis & Bockius LLP
                                                                                                          1701 Market Street
                                                                                                          Philadelphia, PA 19103
                                                                                                          Tel. No. (215) 963-5000

                                                                                                          Attorneys for the National Board of
                                                                                                          Medical Examiners and the
                                                                                                          Federation of State Medical Boards