# EXHIBIT B

Westlaw.

127 S.Ct. 1869                                                                                          Page 1

127 S.Ct. 1869, 167 L.Ed.2d 332, 75 USLW 3498
**(Cite as: 127 S.Ct. 1869, 127 S.Ct. 1869 (Mem))**

H
**Wang** v. U.S. Medical License Examination Secretariat
U.S.,2007

Michael J. **WANG**, petitioner,
v.
**UNITEDSTATESMEDICALLICENSE EXAMINATIONSECRETARIAT**, et al.
**No. 06-8832.**

March 19, 2007.

Case below, 206 Fed.Appx. 67.

Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

U.S.,2007
Wang v. U.S. Medical License Examination Secretariat
127 S.Ct. 1869, 167 L.Ed.2d 332, 75 USLW 3498

END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.