**CERTIFICATE OF SERVICE**

      This is to certify that copies of the foregoing Response and Declaration have been filed electronically and are available for viewing and downloading from the Court's Electronic Case Filing ("ECF") system.  In addition, hard copies of the foregoing Response and Declaration were sent to the following via Federal Express on this 23rd day of October 2007:

                Michael J. Wang
                4 Chester Street
                South Setauket, New York 11720

                            s/Heather L. Hopkins
                            Heather L. Hopkins