Law Offices
**Morgan, Lewis & Bockius LLP**
101 Park Avenue
New York, NY 10178
(212) 309-6000
Attorneys for the National Board of Medical Examiners
and the Federation of State Medical Boards

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------X
Michael J. Wang,

       Plaintiff,

       v.

United States Medical Licensing Examination
Secretariat

       Defendant.
-------------------------------------------------------------X

C.A. No. 2:05-CV-01861 (JS)

**Electronically Filed**

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that Morgan, Lewis & Bockius LLP hereby withdraws the appearance of Michael J. Puma as one of the attorneys of record for the National Board of Medical Examiners and the Federation of State Medical Boards in the above-captioned proceeding.

Dated: October 23, 2007
       New York, New York

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

By:   s/Julia Nicole Miller
       Julia Nicole Miller (JM-3935)
       101 Park Avenue
       New York, New York 10178
       (212) 309-7143

       Attorneys for the National Board of
       Medical Examiners and the
       Federation of State Medical Boards

## **CERTIFICATE OF SERVICE**

  This is to certify that a copy of the foregoing Notice of Withdrawal has been filed electronically and is available for viewing and downloading from the Court's Electronic Case Filing ("ECF") system.  In addition, a hard copy of the foregoing Notice of Withdrawal was sent to the following via Federal Express on this 23rd day of October 2007:

    Michael J. Wang
    4 Chester Street
    South Setauket, New York 11720

        s/Heather L. Hopkins
        Heather L. Hopkins