Law Offices
**Morgan, Lewis & Bockius LLP**
101 Park Avenue
New York, NY 10178
(212) 309-6000
Attorneys for the National Board of Medical Examiners
and the Federation of State Medical Boards

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------X
Michael J. Wang,                                             :
                                                             :   C.A. No. 2:05-CV-01861 (JS)
    Plaintiff,                                   :
                                                             :   **Electronically Filed**
    v.                                            :
                                                             :
United States Medical Licensing Examination                  :
Secretariat                                                  :
                                                             :
    Defendant.                                    :
-------------------------------------------------------------X

## NOTICE OF APPEARANCE

Please enter the appearance of Julia N. Miller, of the law firm of Morgan, Lewis & Bockius LLP, as counsel of record for the National Board of Medical Examiners and the Federation of State Medical Boards, the cosponsoring entities of Defendant United States Medical Licensing Examination, for the limited purpose of responding to Plaintiff's "Motion for Re-Open Case and Impose Sanction" currently pending before this Court.

Dated: October 23, 2007           Respectfully submitted,
       New York, New York

                                    MORGAN, LEWIS & BOCKIUS LLP

                                    By:    s/Julia Nicole Miller
                                           Julia Nicole Miller (JM-3935)
                                           101 Park Avenue
                                           New York, New York 10178
                                           (212) 309-7143

                                           Attorneys for the National Board of
                                           Medical Examiners and the
                                           Federation of State Medical Boards

**CERTIFICATE OF SERVICE**

      This is to certify that a copy of the foregoing Notice of Appearance has been filed electronically and is available for viewing and downloading from the Court's Electronic Case Filing ("ECF") system. In addition, a hard copy of the foregoing Notice of Appearance was sent to the following via Federal Express on this 23rd day of October 2007:

        Michael J. Wang
        4 Chester Street
        South Setauket, New York 11720

                s/Heather L. Hopkins
                Heather L. Hopkins