## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Response to Plaintiff's "Motion to Reopen Case on the Ground that Defendants's Attorney Lied to the Court About Material Facts" has been filed electronically and is available for viewing and downloading from the Court's Electronic Case Filing ("ECF") system. In addition, a hard copy of the foregoing Response to Plaintiff's "Motion to Reopen Case on the Ground that Defendants's Attorney Lied to the Court About Material Facts" was sent to the following via Federal Express on this 29th day of October 2007:

>Michael J. Wang
>4 Chester Street
>South Setauket, New York 11720

>s/Heather L. Hopkins
>Heather L. Hopkins