FORM 1

NOTICE OF APPEAL

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 29 2008 ★
LONG ISLAND OFFICE

* * * * * * * * * * *

UNITED STATES DISTRICT COURT
FOR THE
Eastern DISTRICT OF New York

Michael J. Wang
vs. plaintiff

USMLE -
defendant

NOTICE OF APPEAL

CV 05-1861
Docket No.

Notice is hereby given that _plaintiff Michael J. Wang_
(party)

hereby appeals to the United States Court of Appeals for the Second Circuit from the decision

(describe it) Denies motion to Re-open case

entered in this action on the 24 day of September, 2008.

Michael J. Wang
Signature

Michael Wang
Printed Name

4 Chester St.
Address

South Setauket, NY 11720

(631) 689-0696
Telephone No. (with area code)

Date: Sept 26, 2008