# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
THURGOOD MARSHALL U.S. COURT HOUSE
40 FOLEY SQUARE, NEW YORK, N.Y. 10007

**Dennis Jacobs**
CHIEF JUDGE

**Catherine O'Hagan Wolfe**
CLERK OF COURT

FILED ... E.D.N.Y.
OCT 17 2008
LONG ISLAND OFFICE

Date: 10/14/08
Docket Number: 08-4951-cv
Short Title: Wang v. United States Medical License Examination

DC Docket Number: 05-cv-1861
DC: EDNY (CENTRAL ISLIP)
DC Judge: Honorable Joanna Seybert

TO:   District Court EDNY (Central Islip)
      Appeals Clerk

FROM:  Catherine O'Hagan Wolfe
       Clerk, U.S. Court of Appeals
       for the Second Circuit

RE:   Leave to Proceed In Forma Pauperis

DATE: October 14, 2008

  An appeal in this case has been docketed in the Court of Appeals and the district court docket sheet or other information available indicates that the appellant has moved for leave to proceed in forma pauperis and that the motion is or should be pending before you. The appeal may not move forward until the motion is acted upon. For your convenience, a form order to grant or deny leave to proceed on appeal in forma pauperis appears below. Please complete the order and forward it to the clerk of the district court, who should file it and transmit it to the Court of Appeals.

By: _____
Connie Mazariego, Deputy Clerk

Date: 10/14/08

Docket Number: 08-4951-cv

Short Title: Wang v. United States Medical License Examination

DC Docket Number: 05-cv-1861

DC: EDNY (CENTRAL ISLIP)

DC Judge: Honorable Joanna Seybert

## ORDER

Leave to proceed on appeal In Forma Pauperis is Granted Denied.

Date: _____

_____
United States District Judge