UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Michael J. Wang M.D.
                                    Plaintiff
            -vs-

United States Medical License
Examination Secretaria
                                    Defendant(s)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★  SEP 29 2008  ★

LONG ISLAND OFFICE

CV 05-1861

REQUEST TO PROCEED
IN FORMA PAUPERIS

I, plaintiff Michael Wang, am the plaintiff in the above entitled case. I hereby request to proceed without being required to prepay fees or costs or give security therefore. I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefore, and I believe I am entitled to redress.

1. If you are presently employed:   N/A
   a) give the name and address of your employer
   b) state the amount of your earnings per month

2. If you are NOT PRESENTLY EMPLOYED:   Dec 4, 2001 last employment
   a) state the date of start and termination of your last employment
   b) state your earnings per month.
   YOU MUST ANSWER THIS QUESTION EVEN IF YOU ARE INCARCERATED.

3. Have you received, within the past twelve months, any money from any source? If so, name the source and the amount of money you received.

   a) Are you receiving any public benefits?           ☒ No  ☐ Yes, $_____
   b) Do you receive any income from any other source? ☒ No  ☐ Yes, $_____

In Forma Pauperis Form-General - U.S. District Court-EDNY  Rev. 6/2002

4. Do you have any money, including any money in a checking or savings account? If so, how much?

   Checking Account $500

5. Do you own any apartment, house or building, stocks, bonds, notes, automobiles or other property? If the answer is yes, describe the property and state its approximate value.

   ☒ No  ☐ Yes, _____

6. List the person(s) that you pay money to support and the amount you pay each month.

   N/A

7. Do you pay for rent or for a mortgage? If so, how much each month?

   Rent $600/month

8. State any special financial circumstances which the Court should consider.

   Stony Brook University Hospital has been interfered with plaintiff's efforts for new employment since Dec 4, 2008

I understand that the Court shall dismiss this case if I give a false answer to any question in this declaration. In addition, if I give a false answer I will be subject to the penalties for perjury.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated: Sept 26, 2008          Michael Wang
                                (signature)

On September 30, 2008, this Court issued an order denying Plaintiff's motion to vacate. In that order, the Court certified that any appeal would not be taken in good faith, and thus DENIED IFP status for purpose of an appeal. Accordingly, the pending motion for leave to appeal In forma pauperis is moot as IFP status on appeal has already been denied.

SO ORDERED:

/S/ JOANNA SEYBERT
Joanna Seybert, USDJ
Dated: 10-23-08
Central Islip, NY