

E.D.N.Y. - C. Islip
05-cv-1861
Seybert, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 3rd day of March, two thousand nine,

Present:

    Hon. Reena Raggi,
    Hon. Peter W. Hall,
        *Circuit Judges,*
    Hon. Gerard E. Lynch,*
        *District Judge.*



---

M.D. Michael Wang,

    *Plaintiff-Appellant,*

v.                                               08-4951-cv

United States Medical License Examination Secretariat,

    *Defendant-Appellee.*

---

Appellant, *pro se*, moves for leave to proceed *in forma pauperis*. Upon due consideration, it is hereby ORDERED that the motion is DENIED and the appeal is DISMISSED because it lacks an arguable basis in law or fact. *See* 28 U.S.C. § 1915(e)(2)(B); *Neitzke v. Williams*, 490 U.S. 319, 325 (1989).

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk
by _____
DEPUTY CLERK

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

By: _____

---

*The Honorable Gerard E. Lynch, of the United States District Court for the Southern District of New York, sitting by designation.

SAO-AB

Issued as Mandate: MAR 2 5 2009