United States District Court
Eastern District of New York

FILED
CLERK
4/11/2018
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

# NOTICE OF RELATED CASE

The Civil Cover Sheet filed in civil action

**18 CV 02154 JS ARL**

1) indicated that this case is related to the following case(s):

-OR-

2) was directly assigned as a Pro Se or Habeas case as related to

**02 CV 05840 JS, 05 CV 00845 JS ARL, 05 CV 01861 JS ARL,**

**05 CV 01862 JS ARL, 08 CV 00383 JS ARL and 09 CV 00183 JS ARL**